2015 NOV 10 PM 1: 20

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE CUEVAS-GOMEZ, <br><br> Defendant. | Crim. Case No. 91CR0105-WQH <br><br> ORDER AND JUDGMENT TO DISMISS THE INDICTMENT AND RECALL ARREST WARRANT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case against JOSE CUEVAS-GOMEZ be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: 11/9/15

HONORABLE WILLIAM Q. HAYES
United States District Court